# CASE ANNOUNCEMENTS

*May 10, 2013*

[Cite as *05/10/2013 Case Announcements*, 2013-Ohio-1910.]

## MOTION AND PROCEDURAL RULINGS

**2013–0336. State ex rel. Redding v. Gallagher.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo.

Upon consideration of relator's motion to supplement writ of procedendo with accompanying affidavits pursuant to R.C. 2969.25(A) and 2969.25(C), it is ordered by the court that the motion is denied as moot.

## DISCIPLINARY CASES

**2011–1681. Cleveland Metro. Bar Assn. v. Davie.**
This matter is pending before the court upon the filing of a motion for orders for enforcement by relator, Cleveland Metropolitan Bar Association, on April 22, 2013, requesting the court to find respondent, Michael D. Davie, in contempt for his failure to comply with this court's September 27, 2012 order. Respondent did not file a response to the motion.

It is ordered by the court, sua sponte, that respondent appear in person before this court on June 5, 2013, at 9:00 a.m., to show cause why he should not be held in contempt.

**2013–0072. Lorain Cty. Bar Assn. v. STAND, Inc.**
This cause is pending before the court upon the filing of a report by the Board on the Unauthorized Practice of Law. On May 7, 2013, respondent filed a motion to stay.

On consideration thereof, it is ordered by this court that the motion to stay is denied.

# CASE ANNOUNCEMENTS

*May 14, 2013*

[Cite as *05/14/2013 Case Announcements*, 2013-Ohio-1963.]